UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-61598-CIV-ZLOCH/OTAZO-REYES

DEBORAH SOUCY,

    Plaintiff,

vs.

MEDICAL BUSINESS CONSULTANTS, INC.,

    Defendant.
_____/

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Plaintiff, by and through undersigned counsel, hereby moves this Honorable Court for a fourteen (14) day extension of time, through and including, November 12, 2012, to file her Response to Defendant MEDICAL BUSINESS CONSULTANTS, INC., Motion to Dismiss Plaintiff's Complaint [DE 9], and further state in support of same as follows:

1. The Complaint in this matter was filed on August 17, 2012.

2. Defendant MEDICAL BUSINESS CONSULTANTS, INC., filed a Motion to Dismiss Plaintiff's Complaint [DE 9], on October 15, 2012.

3. Plaintiff's response to Defendant's Motion to Dismiss the Complaint is due on today, October 29, 2012.

4. The Plaintiff respectfully requests an additional fourteen (14) days in order to file her Response to Defendant's Motion to Dismiss Plaintiff's Complaint.

5. The undersigned has conferred with counsel for Defendant which does not oppose this Motion.

6. Neither party will be prejudiced by the granting of the relief sought herein.

**WHEREFORE**, the Plaintiff, DEBORAH SOUCY, respectfully requests that this Court grant her Motion for an Extension of time to file her Response to Defendant's Motion to Dismiss Plaintiff's Complaint up to and including November 12, 2012.

Dated: October 29, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ J. Dennis Card, Jr._____
　　　　　　　　　　　　　　　　　　J. Dennis Card, Jr., Esq.
　　　　　　　　　　　　　　　　　　Florida Bar No. 0487473
　　　　　　　　　　　　　　　　　　E-mail: Dcard@Consumerlaworg.com
　　　　　　　　　　　　　　　　　　Consumer Law Organization, P.A.
　　　　　　　　　　　　　　　　　　2501 Hollywood Boulevard, Suite 100
　　　　　　　　　　　　　　　　　　Hollywood, Florida 33020
　　　　　　　　　　　　　　　　　　Telephone: (954) 921-9994
　　　　　　　　　　　　　　　　　　Facsimile: (954) 921-9553
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

　　　　　　　　　　　　　　　　　　s/ J. Dennis Card, Jr.
　　　　　　　　　　　　　　　　　　J. Dennis Card, Jr.

## SERVICE LIST

Michele L. Stocker, Esq.
Florida Bar No. 0044105
Email: stockerm@gtlaw.com
Patricia M. Casey, Esq.
Florida Bar No. 073472
Email: caseypm@gtlaw.com
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477
Attorneys for Defendant
Service via CM/ECF