```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 12-61598-CIV-ZLOCH
```

DEBORAH SOUCY,

    Plaintiff,

vs.                                              **FINAL ORDER OF DISMISSAL**

MEDICAL BUSINESS CONSULTANTS,
INC.,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Medical Business Consultants, Inc.'s Motion To Dismiss (DE 9). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

Plaintiff Deborah Soucy has not responded in opposition to the instant Motion To Dismiss within the time period required by prior Court Order (DE 11), which extended the time to respond set forth in the Local Rule. This failure is, in itself, grounds for granting the instant Motion by default. See S.D. Fla. L.R. 7.1(c).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant Medical Business Consultants, Inc.'s Motion To Dismiss (DE 9) be and the same is hereby **GRANTED**;

2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

3. To the extent not otherwise disposed of herein, all pending

Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   15th   day of February, 2012.

                                              WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:

All Counsel of Record